# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

ALFRED RONNIE HARRELL,

       Plaintiff,

  v.

DR. SULIENE DALIA and
ALSUM LORI,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-609-bbc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ S. Vogel
**by Deputy Clerk**

7/27/09
_____
**Date**